UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:   Michael Shane Pittman                          Case No. 12-21-10449 t

   Debtors.

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND
STATEMENT OF FINANCIAL AFFAIRS**

   Michael Shane Pittman, Debtor herein, requests a Fourteen (14) day extension of time in which to file the Schedules and Statement of Financial Affairs in this Chapter 12 Bankruptcy, and for cause states:

   1.  The Chapter 12 Petition was filed on April 15, 2021 with a deadline for filing the Schedules and Statement of Financial Affairs on April 29, 2021.  The Schedules and Statement of Financial Affairs will not be filed by that time.

   2.  The Section 341 Meeting of Creditors is scheduled for May 20, 2021 at 11:00 pm. Debtor requests an extension of time until May 13, 2021 to file the Schedules and Statement of Financial Affairs.

   **WHEREFORE,** Michael Shane Pittman, debtor herein, requests an extension of time consisting of Fourteen (14) days from the original deadline, until May 13, 2021 in which to file the Schedules and Statement of Financial Affairs and for such other and further relief to which he may show himself justly entitled.


                                          Respectfully Submitted,

                                          Law Office of Gerald R. Velarde, P.C.
                                          /s/ filed electronically 04/29/2021
                                          Gerald R. Velarde
                                          2531 Wyoming Blvd NE
                                          Albuquerque, NM 87112
                                          (505) 248-1828

CERTIFICATE OF SERVICE
I certify that a true and correct copy of this pleading has been served electronically on the following persons pursuant to local rule this 29th day of April 2021.

/s/ filed electronically 04/29/21
Gerald R. Velarde

- Tiffany M. Cornejo          courtemailbu@ch3nm.com;
  courtemail@ch13nm.com
- United States Trustee          ustpregion20.aq.ecf@usdoj.gov