IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE:<br>Michael Shane Pittman | In Proceedings<br>Under Chapter 13 |
| Debtor(s). | Bk. No. 21-10449 TR |

TRUSTEE'S RESPONSE OF NO OBJECTION TO
DEBTOR'S MOTION FOR EXTENSION OF TIME

COMES NOW, TIFFANY M. CORNEJO, Chapter 13 Trustee, and in support of her NO Objection states as follows:

1. Trustee has reviewed the Motion for Extension of Time and has NO OBJECTION to same.

Wherefore, Trustee prays this Court for an Order granting the instant Motion, and for all other relief this Court deems just and equitable.

Respectfully submitted,

/s/Tiffany M. Cornejo

TIFFANY M. CORNEJO, Trustee
Chapter 13 Standing Trustee
625 Silver Ave. S.W., Ste. 350
Albuquerque, NM 87102
Telephone: (505) 243-1335
Telecopier: (505) 247-2709

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 4th day of May 2021, with the correct postage prepaid and deposited in the U.S. Mail.

Michael Shane Pittman
3900 Billy The Kid Ct.
Carlsbad, NM 88220

/s/JoAnne Encinias